FORM 11.  Informal Opening Brief (MSPB or Arbitrator Cases)     Form 11 (p. 1)
                                                                  July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## INFORMAL BRIEF OF PETITIONER/APPELLANT

**Case Number:** 24-1340

**Short Case Caption:** Malone v Toyota Motor Sales

**Name of Petitioner:** Eric Malone

---

**Instructions:** Read the Guide for Unrepresented Parties before completing this form. Answer the questions as best as you can. Attach additional pages as needed to answer the questions. This form and continuation pages may not exceed 30 pages.

Attach a copy of the initial and final decision/order of the Merit Systems Protection Board or arbitrator. You may also attach other record material as an appendix. Any attached material should be referenced in answer to the below questions. Please redact (erase, cover, or otherwise make unreadable) social security numbers or comparable private personal identifiers that appear in any attachments you submit.

---

1. Have you ever had another case before this court?  ☐ Yes  ☐ No

   In a United States district court?  ☐ Yes  ☐ No

   Before the Equal Employment Opportunity Commission?  ☐ Yes  ☐ No

   If yes, identify the title and number of each case.

   EEOC - Eric Ray Malone v. Pennsylvania State University, Superior Court of California, County of Riverside, Desert Branch, Palm Springs Courthouse CVPS2300556

   24-1340
   24-1091
   22-2274
   23-1899 - Malone v US
   1:23-CV-00242-SPB - Malone v TMS
   24-1341 - Malone v TMS
   1:22-CV-00179-UA - Malone v TMS
   2:22-CV-00929-FMO-PVC - Malone v TMS
   0:2023-CV-55531 - Malone v Bank of the West
   0:2023-CV-55446 - Malone v Palm Springs Police Dept
   5:23-cv-00580 Malone v State Farm
   2:23-cv-03833 Malone v montana

**FORM 11.  Informal Opening Brief (MSPB or Arbitrator Cases)**  Form 11 (p. 2)
July 2020

2. Did the MSPB or arbitrator incorrectly decide or fail to take into account any facts?   ☐ Yes   ☑ No
   If yes, what facts?

3. Did the MSPB or arbitrator apply the wrong law?   ☐ Yes   ☑ No
   If yes, what law should be applied?

4. Did the MSPB or arbitrator fail to consider important grounds for relief?
   ☐ Yes   ☑ No
   If yes, what grounds?

FORM 11.  Informal Opening Brief (MSPB or Arbitrator Cases)            Form 11 (p. 3)
                                                                        July 2020

5. Are there other reasons why the MSPB's or arbitrator's decision was wrong?

   ☐ Yes   ✔ No

   If yes, what reasons?

6. What action do you want this court to take in this case?

   Confirm the decision issued twice by the arbitrator and enter judgement according to it.  Please accept this filing.

Date: 01/25/2024                 Signature: s>/ Eric Malone

                                 Name: Eric Malone