United States Court of Appeals
for the Federal Circuit

O:2024-CVPRI-1340 and O:2024-CVPRI-1341

## Request to Change Venue

Comes now, Appellant, Erie Malone, by and though himself to plead for acceptance of this filing.

It is a request to change venue to the original court, but in the jurisdiction of where the award is suppose to come from; Orange County. Likewise, the intradistrict transfer was done without considering Toyota motor sales, Los Angeles Regional Sales is actually within the county of Orange and not Los Angeles.

Notwithstanding or undermining the ability for the judgement to be made within this court, but for clarity's sake, this would be the most ideal resolution. Please consider this request and proceed with the case.

Respectfully submitted,

Erie Drey Malone

Date: March, 25 2024

74825 Bayliy Cir.
Palm Desert, CA
    92260

SN BERNARDINO CA 923
26 MAR 2024 PM 6 L

Clerk of the Court
US Court of Appeals
for the Federal Circuit
717 Madison Place, NW
Washington, D.C.
    20439

20439-